# EXHIBIT "B"



COHEN
FINEMAN
Attorneys & Counselors at Law
www.cohenfineman.com

Lynn M. Cohen
Attorney at Law NJ PA
lcohen@cohenfineman.com

Samuel B. Fineman
Attorney at Law NJ PA
LL.M (Taxation)
Certificate in Estate Planning
sfineman@cohenfineman.com

April 12, 2019

**VIA UPS GROUND and E-MAIL (anaf@cowsglobal.com)**

COWS Mobile Storage
Attn: Ana Frank, President
13055 South West 238th Street
Homestead, FL 33032

RE: **DEMAND FOR REPURCHASE**
**Univest Contract Nos. 8597 – Brett Paxton; 11862 – K&M Storage; 14142 -- Stor-ette Storage, LLC and 16939 – AAA Insta-Move, Inc.**

Dear Ms. Frank:

Please be advised that our firm represents Univest Capital, Inc. (hereafter "Univest") with respect to the above matters. As a follow up to my correspondence of March 25, 2019, Univest is demanding that COWS repurchase the above contracts from Univest as COWS's marked interference with said contracts constitutes clear violations of Sections 5.b, 6.b(11) and 10.b of the Master Agreement between the parties. Demand is hereby made as follows:

| Customers | Brett Paxton | K&M Storage | Stor-ette Storage | AAA InstaMove |
|---|---|---|---|---|
| Remaining Pmts | $22,446.00 | $12,528.00 | $8,900.00 | $52,065.00 |
| EOT Pur Option | | | | |
| Sales/Use Tax | | | | |
| Less: Sec Dep | | | | |
| Prop Tax 2018 | $875.00 | | $307.48 | |
| Prop Tax 2019 | $850.00 | | $293.36 | $899.15 |
| Sales Tax on PT | | | | |
| Insurance Chgs | | | | |
| Lates and fees | $78.30 | $313.20 | $89.00 | |
| **Payoff Amounts** | **$24,249.30** | **$12,841.20** | **$9,589.84** | **$52,964.15** |

Based on the foregoing, demand is hereby made immediately for the sum of **$99,644.49**. Should you fail to remit said amount directly to Univest within ten (10) days of the date of this correspondence, Univest intends to pursue all cognizable legal remedies, including but not limited to, filing suit against COWS on theories sounding in breach of contract, fraud, conversion and violation of the covenant of good faith and fair dealing.

Please be guided accordingly. Thank you.

/s/Samuel B. Fineman
Samuel B. Fineman, Esquire


cc:   William Clark, President, Univest Capital, Inc.
      Amarilys Perez, Dir. of Collections, Univest Capital, Inc.